UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11- 80567-CIV-WILLIAMS

DEANNA HOLMES, on her own behalf and
others similarly situated,

    Plaintiff,

v.

QUEST DIAGNOSTICS, INCORPORATED,
a Delaware Corporation,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This MATTER is before the Court on the Parties' Joint Stipulation for Approval of Settlement Agreement and Dismissal With Prejudice [D.E. 117]. The Court has reviewed the settlement agreement in this case and finds it to be fair and reasonable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, the settlement agreement is hereby **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT**, and all hearings and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

    DONE AND ORDERED in Chambers, in Miami, Florida this ___ day of October, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE